## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

NOAH DOUGLAS WRIGHT                                                    PETITIONER

v.                                    Case No. 4:23-cv-00597-KGB

DEXTER PAYNE                                                           RESPONDENT

### ORDER

Before the Court are the Recommendation submitted by United States Magistrate Patricia S. Harris (Dkt. No. 18) and *pro se* petitioner Noah Douglas Wright's objections to the Recommendation (Dkt. No. 21). After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 18). The Court has reviewed Wright's objections, and those objections break no new ground (Dkt. No. 21). Wright's petition for a writ of *habeas corpus* is denied without prejudice (Dkt. No. 1). Judgment will be entered accordingly. The Court declines to issue a certificate of appealability. Wright may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 9th day of June, 2026.

Kristine G. Baker
Chief United States District Judge